Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin TN  37067



| | S&S Screw Machine Company, LLC | INVOICE # | 0009657 |
| | Larry Battle | INVOICE Date | November 4, 2016 |
| | | **Balance Due (USD)** | **$27,187.30** |

| Task | Time Entry Notes | Rate | Hours | Line Total |
|------|------------------|------|-------|------------|
| PGY | [S&S Screw / Chapter 11 09/25/16] #Phillip Young: Continue working on first day motions | 375.00 | 7.2 | 2,700.00 |
| PGY | [S&S Screw / Chapter 11 09/26/16] #Phillip Young: Finalize and file first day pleadings (1.9); arrange for service of first day pleadings (0.4); calls with court (0.3); call with counsel for Regions (0.4); call with counsel for IRS (0.4); multiple emails with clients (0.6); call from B. Pope (0.1); emails from opposing counsel (0.2) | 375.00 | 4.3 | 1,612.50 |
| PGY | [S&S Screw / Chapter 11 09/27/16] #Phillip Young: Emails with clients regarding various DIP questions (0.6); call from client (0.3); call from US Trustee (0.6); call from counsel for supplier (0.5); call from counsel for utility provider (0.5); review changes to orders suggested by Regions Bank (0.2); negotiate and draft agreed orders on all first day pleadings (1.9) | 375.00 | 4.6 | 1,725.00 |
| PGY | [S&S Screw / Chapter 11 09/28/16] #Phillip Young: Prepare for and attend hearing on first day motions (2.3); multiple emails from client regarding bank account issues (0.3); call from counsel for Ryerson (0.2); email to client regarding same (0.1); amend and submit order on prepetition wages (0.3); emails with US Trustee regarding cash collateral use (0.1); call with W. Winchester regarding same (0.2); email from creditor (0.1) | 375.00 | 3.6 | 1,350.00 |
| PGY | [S&S Screw / Chapter 11 09/29/16] #Phillip Young: Call from W. Winchester (0.3); multiple calls and emails from creditors (1.3); emails with client regarding first day matters (1.0) | 375.00 | 2.6 | 975.00 |
| PGY | [S&S Screw / Chapter 11 09/30/16] #Phillip Young: Review reclamation demand, call opposing counsel and emails to client regarding same (1.0); revise and file cash collateral order (0.2); emails regarding utilities (0.2); multiple emails with client regarding a variety of operational issues (0.4) | 375.00 | 1.8 | 675.00 |
| PGY | [S&S Screw / Chapter 11 10/03/16] #Phillip Young: Call to Ralph to check on status of Paccar meeting | 375.00 | 0.2 | 75.00 |

| Task | Time Entry Notes | Rate | Hours | Line Total |
|---|---|---|---|---|
| JTC | [S&S Screw / Chapter 11 10/03/16] #Justin Campbell: Draft and file Notice of Appearance and request for electronic service in Ch. 11 case. | 200.00 | 0.2 | 40.00 |
| RGS | [S&S Screw / Chapter 11 10/05/16] #Ronn Steen: Emails to and from P. Young and Client re hearing on 10/6/16; prepare for hearing. | 375.00 | 2 | 750.00 |
| RGS | [S&S Screw / Chapter 11 10/06/16] #Ronn Steen: Conference with client re case status and strategy. | 375.00 | 0.5 | 187.50 |
| RGS | [S&S Screw / Chapter 11 10/06/16] #Ronn Steen: Attend hearings on cash collateral usage and utilities; status conference on motion for relief. | 375.00 | 3.5 | 1,312.50 |
| PGY | [S&S Screw / Chapter 11 10/06/16] #Phillip Young: Multiple emails with client (0.3); call with R. Steen regarding hearing (0.2) | 375.00 | 0.5 | 187.50 |
| PGY | [S&S Screw / Chapter 11 10/07/16] #Phillip Young: Call with client (0.9); calls and emails from creditors (0.6) | 375.00 | 1.5 | 562.50 |
| PGY | [S&S Screw / Chapter 11 10/09/16] #Phillip Young: Revise and file utilities order (0.2); revise and file cash collateral order (0.2) | 375.00 | 0.4 | 150.00 |
| PGY | [S&S Screw / Chapter 11 10/10/16] #Phillip Young: Draft and file motion and order to extend time for filing statements and schedules (0.4); emails with client (0.2) | 375.00 | 0.6 | 225.00 |
| PGY | [S&S Screw / Chapter 11 10/11/16] #Phillip Young: Call from creditor (0.4); email to client regarding 2004 exam (0.1); email from creditor (0.1) | 375.00 | 0.6 | 225.00 |
| PGY | [S&S Screw / Chapter 11 10/12/16] #Phillip Young: Multiple emails with client regarding statements and schedules and debtor conference (0.5); emails from creditors regarding 2004 exam (0.2) | 375.00 | 0.7 | 262.50 |
| PGY | [S&S Screw / Chapter 11 10/13/16] #Phillip Young: Call with T. Forrester (0.4); prepare for and attend initial debtor conference (3.1) | 375.00 | 3.5 | 1,312.50 |
| JTC | [S&S Screw / Chapter 11 10/13/16] #Justin Campbell: Build draft of statements and schedules, phone call with P. Young re: schedules, email to Larry Battle re: valuation, multiple emails to/from P.Young re: schedules. | 200.00 | 5.5 | 1,100.00 |
| PGY | [S&S Screw / Chapter 11 10/14/16] #Phillip Young: Emails with client regarding statements and schedules (0.3); emails with client and J. Shedd regarding insurance and tax documents (0.4); emails with client and Regions regarding debit (0.2) | 375.00 | 0.9 | 337.50 |
| PGY | [S&S Screw / Chapter 11 10/17/16] #Phillip Young: Emails with client regarding documents needed by UST (0.4); email to UST regarding same (0.2) | 375.00 | 0.6 | 225.00 |
| PGY | [S&S Screw / Chapter 11 10/18/16] #Phillip Young: Emails with UST regarding missing information | 375.00 | 0.2 | 75.00 |

| Task | Time Entry Notes | Rate | Hours | Line Total |
|---|---|---|---|---|
| PGY | [S&S Screw / Chapter 11 10/18/16] #Phillip Young: Calls and emails regarding information needed for statements and schedules | 375.00 | 0.6 | 225.00 |
| JTC | [S&S Screw / Chapter 11 10/18/16] #Justin Campbell: Finish draft of schedules. Emails to Larry Battle, Phone call with Larry Battle. Discuss schedule draft with P. Young. Review draft of schedules. | 200.00 | 3 | 600.00 |
| PGY | [S&S Screw / Chapter 11 10/19/16] #Phillip Young: Review and revise statements and schedules | 375.00 | 0.7 | 262.50 |
| JTC | [S&S Screw / Chapter 11 10/19/16] #Justin Campbell: Work on final draft of schedules. Phone call with Larry Battle. Discuss schedules with P. Young. Exchange emails with Larry Battle. | 200.00 | 2.1 | 420.00 |
| PGY | [S&S Screw / Chapter 11 10/20/16] #Phillip Young: File order to employ (0.1); email to R. Vines regarding guaranty of utilities (0.1); work on statements and schedules (0.3); meeting with client to review and revise statements and schedules (1.2) | 375.00 | 1.7 | 637.50 |
| JTC | [S&S Screw / Chapter 11 10/20/16] #Justin Campbell: Prepare final drafts of schedules for meeting with Larry Battle. (1.0), Meeting with Larry Battle to review and revise schedules (1.1), revise schedules per L. Battle meeting, prepare to file and file schedules with BK court. (1.1), phone call with BK court clerk re: service of 341 notice. (0.2) | 200.00 | 3.4 | 680.00 |
| PGY | [S&S Screw / Chapter 11 10/21/16] #Phillip Young: Emails with client regarding questions about inventory (0.3); call from creditor's attorney (0.3) | 375.00 | 0.6 | 225.00 |
| JTC | [S&S Screw / Chapter 11 10/21/16] #Justin Campbell: Prepare 341 Notice to be mailed to new creditors list. (0.5), return phone call to Lynette Wayman (0.2) | 200.00 | 0.7 | 140.00 |
| PGY | [S&S Screw / Chapter 11 10/25/16] #Phillip Young: Email with client regarding rent | 375.00 | 0.1 | 37.50 |
| PGY | [S&S Screw / Chapter 11 10/26/16] #Phillip Young: Call with W. Winchester regarding 341 (0.3); call with G. Waldron regarding same (0.4); call with T. Niarhos regarding same (0.3); call with L. Battle regarding same (0.8); prepare for 341 (0.7) | 375.00 | 2.5 | 937.50 |
| PGY | [S&S Screw / Chapter 11 10/27/16] #Phillip Young: Prepare for, travel to and attend 341 meeting (4.5); attend and travel from 2004 examination in Cookeville (6.7) | 375.00 | 11.2 | 4,200.00 |
| PGY | [S&S Screw / Chapter 11 10/28/16] #Phillip Young: Emails and call with client regarding lease and other operational matters (0.9); email to client with to do list from meeting of creditors (0.2); email to M. Abelow regarding lease negotiations (0.2) | 375.00 | 1.3 | 487.50 |

| Task | Time Entry Notes | Rate | Hours | Line Total |
|---|---|---|---|---|
| PGY | [S&S Screw / Chapter 11 10/31/16] #Phillip Young: Call with M. Abelow regarding lease (0.4); emails to client (0.2); locate and email Ryerson reclamation demand to B. Derrick (0.2) | 375.00 | 0.8 | 300.00 |
| PGY | [S&S Screw / Chapter 11 11/01/16] #Phillip Young: Draft and file motion, notice and order setting bar date | 375.00 | 1.2 | 450.00 |
| PGY | [S&S Screw / Chapter 11 11/01/16] #Phillip Young: Review and comment upon the monthly operating report | 375.00 | 0.5 | 187.50 |
| PGY | [S&S Screw / Chapter 11 11/02/16] #Phillip Young: Emails with client regarding monthly operating report (0.1); call from client regarding rent (0.2); call to M. Abelow regarding rent (0.2); call with W. Winchester regarding cash collateral (0.2); revise and circulate cash collateral order (0.2); calls with M. Abelow and client regarding resolution of rent (0.1) | 375.00 | 1 | 375.00 |
| PGY | [S&S Screw / Chapter 11 11/03/16] #Phillip Young: Review, finalize and file monthly operating report (0.4); prepare bar date order for service (0.1); call with client regarding secured debt payment (0.3) | 375.00 | 0.8 | 300.00 |
| PGY | [S&S Screw / Chapter 11 11/04/16] #Phillip Young: Email to creditor's counsel | 375.00 | 0.1 | 37.50 |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| Expense | [S&S Screw / Chapter 11 11/03/16] Postage: 38 pieces @ $.50 each | 19.00 | 1 | 19.00 |
| Expense | [S&S Screw / Chapter 11 10/14/16] Taxi & Parking, FBC Parking: Parking Fee | 7.00 | 1 | 7.00 |
| Expense | [S&S Screw / Chapter 11 09/29/16] Taxi & Parking, FBC Parking: Parking Fee | 7.00 | 1 | 7.00 |
| Expense | [S&S Screw / Chapter 11 09/28/16] Office Expenses & Postage, DSI: Invoice #00101399 - 22,000 copies; mail-out; postage | 586.80 | 1 | 586.80 |

| | |
|---|---|
| **Total** | 27,187.30 |
| Amount Paid | 0.00 |
| **Balance Due (USD)** | **$27,187.30** |

**Terms**

Thank you for your business! Please remit payment within 21 days.

## PAYMENT STUB

Thompson Burton PLLC  
One Franklin Park  
6100 Tower Circle, Suite 200  
Franklin TN  37067

| | |
|---|---:|
| **Client** | S&S Screw Machine Company, LLC |
| **INVOICE #** | 0009657 |
| **INVOICE Date** | November 4, 2016 |
| **Balance Due (USD)** | $27,187.30 |
| **Amount Enclosed** | |



| | |
|---|---|
| **Date** | 09/28/2016 |
| **Invoice** | INV00101399 |
| **Terms** | Net 30 |
| **Due Date** | 10/28/2016 |
| **Client Matter** | S&S Screw Machine |

| **Attention: Phillip Young** |
|---|
| **Project:** |
| Thompson Burton, PLLC<br>6100 Tower Circle, Suite 200<br>Franklin, TN 37067 |

| Date | Item | Employee | Description | Qty | UOM | Rate | Tax | Amount |
|---|---|---|---|---|---|---|---|---|
| | 1027 | | Copy B&W - Auto Feed | 2200 | PG | 0.10 | Yes | 220.00 |
| | 5165 | | Tech Time<br>Volume:<br>Bates Range: | 1 | HR | 175.00 | | 175.00 |
| | 5555 | | Mail-out | 25 | EACH | 0.24 | | 6.00 |
| | 1000 | | Postage | 1 | EACH | 165.45 | | 165.45 |

| | |
|---|---|
| **Subtotal** | $566.45 |
| **Tax 9.25%** | $20.35 |
| **Total** | $586.80 |

Please email billing@dsicovery.com for questions concerning your account.

424 Church Street / Suite 300 Nashville, TN 37219 | 615.255.5343 | 615.255.6490